# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | | |
|---|---|---|
| SANDRA J. KOTTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 14-04085-CV-C-NKL |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD A. SCHMALTZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Sandra Kottman disputes the Attorney General's *Westfall* certification, issued pursuant to 28 U.S.C. § 2679 [Doc. 1-3], and asks to perform discovery [Doc. 15].

The Court will allow the parties to perform limited discovery, relating to *Westfall* certification issues, to be completed no later than September 15, 2014. All discovery must be served sufficiently in advance that it is completed by the deadline.

Any dispositive motions relating to *Westfall* certification issues are due no later than October 10, 2014. Suggestions in opposition are due by October 17, 2014 and any reply suggestions are due by October 24, 2014.

If any disputed issues of material fact regarding *Westfall* certification issues must be decided by the Court, an evidentiary hearing will be held on November 10, 2014, beginning at 9:00 a.m., in Courtroom 4A, 80 Lafayette Street, Jefferson City, Missouri 65101.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: July 7, 2014
Jefferson City, Missouri